# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANGELA ROBINSON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:19−cv−04444−DMG−KS |
| v. | |
| MILLER STARK KLEIN AND ASSOCIATES | **NOTICE OF DEFICIENCY** |
| Defendant(s). | **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Miller Stark Klien & Associates  for the following reason(s):

- ⎵ No declaration as required by F.R.Civ.P 55(a)
- ⎵ No proof of service/waiver of service on file
- ⎵ The name of the person served does not exactly match the person named in complaint
- X Proof of Service is lacking required information
- ⎵ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ⎵ Time to respond has not expired
- ⎵ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ⎵ Request for Entry of Default has been forwarded to the assigned Judge
- ⎵ Party dismissed from action on
- ⎵ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: The Complaint names, and service was made upon, Miller Stark Klein & Associates. The Request is made as to Miller Stark Klien & Associates. The Proof of Service does not indicate the statute under which service was made

The Clerk cannot enter the requested **Default Judgment** against ⎵ for the following reason(s):

- ⎵ No Entry of Default on file
- ⎵ No declaration as required by F.R.Civ.P 55(b)
- ⎵ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ⎵ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ⎵ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ⎵ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ⎵ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ⎵ Attorney Fees sought not in compliance with Local Rule 55−3
- ⎵ Amount sought for costs is incorrect
- ⎵ Case terminated on
- ⎵ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ⎵ Other:

CLERK, U.S. DISTRICT COURT

CV−52B(09/12)　　NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT

Date: <u>June 28, 2019</u>     By: <u> /s/ *Grace Kami* </u>
                                   Deputy Clerk
                                   grace_kami@cacd.uscourts.gov

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT