JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> MILLER STARK KLEIN & ASSOCIATES, <br><br> Defendant. | Case No. CV 19-4444-DMG (KSx) <br><br> **JUDGMENT** |

The Court having granted Plaintiff Angela Robinson's Motion for Default Judgment by order dated October 4, 2019 [Doc. # 22],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Miller Stark Klein & Associates. Defendant shall pay Plaintiff $2,500 is statutory damages, $3,775 in attorney's fees, and $923 in costs, for a combined total of $7,198.00.

DATED: October 4, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-